1  STEPHEN M. HAYES (SBN 83583)
   TYLER R. AUSTIN (SBN 293977)
2  HAYES SCOTT BONINO ELLINGSON
   GUSLANI SIMONSON & CLAUSE, LLP
3  999 Skyway Road, Suite 310
   San Carlos, California 94070
4  Telephone:   (650) 637-9100
   Facsimile:   (650) 637-8071
5
   Attorneys for Defendant
6  STATE FARM INSURANCE COMPANY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | GERALD TYRA, | **CASE NO.: 2:19-cv-02084-JAM-DB**
11 | Plaintiff, | **ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY FOLLOWING DEATH OF PLAINTIFF, PURSUANT TO FRCP 25**
12 | v. |
13 | STATE FARM INSURANCE COMPANY, INC., and DOES 1 through 50, Inclusive, |
14 | |
15 | Defendants. | **Date Action Filed:** September 4, 2019
   | | **Trial Date:** Not Yet Set

1098886

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY
– CASE NO. 2:19-cv-02084-JAM-DB**

This matter comes before the Court on the parties' Stipulation and Joint Motion to Substitute Party Following Death of Plaintiff Pursuant to Federal Rule of Civil Procedure 25. For good cause shown, the motion is hereby **GRANTED**. The Court hereby substitutes Jean Tyra as a party to this action in place of deceased plaintiff, Gerald Tyra.

**IT IS SO ORDERED.**

DATED: 2/27/2020

/s/ John A. Mendez_____
**HONORABLE JOHN A. MENDEZ**
United States District Court Judge